UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---
ALFREDA SMITH OVESEN,

                Plaintiff,            04 Civ. 2849 (JGK)

     - against -                    ORDER

MITSUBISHI HEAVY INDUSTRIES AMERICA,
INC, ET AL.,

                Defendants.
---
JOHN G. KOELTL, District Judge:

    For the reasons stated on the record at today's hearing, the defendants' motion for summary judgment is **denied**. The motions in limine to exclude expert testimony are **granted in part** and **denied in part**, as explained on the record. The Clerk is directed to close Docket Nos. 103, 108, and 111.

    All discovery should be completed by **May 7, 2010**. Dispositive motions, if any, should be filed by **May 28, 2010**. Responses are due by **June 18, 2010**. Replies are due by **July 1, 2010**. A joint pretrial order is due by **July 1, 2010**, or **21 days** after the disposition of dispositive motions, whichever is later. Trial memos, requests to charge, and proposed voir dire are due together with the joint pretrial order.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-12-10

The parties should be ready for trial on **48 hours** notice **35 days** after the submission of the joint pretrial order.

SO ORDERED.

Dated:    New York, New York
         January 11, 2010

                                      John G. Koeltl
                                  United States District Judge