UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALFREDA SMITH OVESEN,

              Plaintiff,

   - against -

MITSUBISHI HEAVY INDUSTRIES OF
AMERICA, INC., et al.,

              Defendants.

04 Civ. 2849 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The Court has received the defendant's response to the plaintiff's motion for reconsideration of the Court's March 1, 2012 Memorandum Opinion and Order. The Court has not received a reply to the defendant's response. The plaintiff should submit any reply by **April 30, 2012**. If no reply is filed, the Court will treat the motion for reconsideration as fully briefed and will decide the motion on the current papers.

SO ORDERED.

Dated:    New York, New York
           April 25, 2012

                              John G. Koeltl
                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/26/12