UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALFREDA SMITH OVESEN,

                Plaintiff,

- against -

MITSUBISHI HEAVY INDUSTRIES OF, AMERICA, INC.  et al.

                Defendant.

No. 04 Civ. 02849 (JGK)

---

## AMENDED NOTICE OF APPEAL

Notice is herby given that Plaintiff, Alfreda Smith Ovesen, through the undersigned counsel, in the above named case hereby amends her notice of appeal to the United States Court of Appeals for the Second Circuit to include the following final Opinions and Orders and Judgment of the United States District Court for the Southern District of New York:

- Memorandum Opinion and Order entered on March 1, 2012 [Docket No. 185].

- Judgment entered on March 1, 2012 [Docket No. 186].

- Memorandum Opinion and Order entered on May 7, 2012 [Docket No. 196].

Respectfully submitted in New York, New York this 10th day of May, 2012.

| | |
|---|---|
| s/ Todd E. Duffy | s/ Paul H. Hulsey |
| Todd E. Duffy, Esq. | Paul H. Hulsey, Esq. |
| Dennis J. Nolan, Esq. | Cherie K. Durand, Esq. |
| ANDERSON, KILL AND OLICK, P.C. | HULSEY LAW GROUP, LLC |
| 1251 Avenue of the Americas | Charleston Harbor |
| New York, New York 10020 | 2 Wharfside 3 |
| Telephone: (212) 278-1659 | Charleston, SC 29401 |
| Facsimile: (212) 278-1733 | Telephone: (843) 723-5303 |
| ATTORNEYS FOR PLAINTIFFS | Facsimile: (843) 723-5307 |
| | ATTORNEYS FOR PLAINTIFFS |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that on this 10th day of May, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Marshall S. Turner, Esq.
John D. Horenstein, Esq.
Condon & Forsyth, LLP
18th Floor
7 Times Square
New York, NY 10036
mturner@condonlaw.com
jhorenstein@condonlaw.com
(212) 490-9100 (tel)
(212) 370-4453 (fax)

                                                             s/ Todd E. Duffy
                                                             Todd E. Duffy, Esq.