N.Y.S.D. Case #
04-cv-2849(JGK)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 2nd day of July, two thousand and twelve,

Alfreda Smith Ovesen, as personal Representative of the Estate of Svend A. Ovesen, DBA Crucian International Inc.,

Plaintiff - Appellant,

v.

Mitsubishi XYZ Corportations, Honeywell Inc., Propulsion Engines Inc., Airesearch Manufacturing Company of Arizona Garrett Airline Services Division, Mooney Airplane Company, Inc., Mitsubishi Aircraft International Inc., Maxfly Aviation Inc., ABC Corporation, Duncan Aviation Inc.,

Defendants,

Mitsubishi Heavy Industries of America Inc., Mitsubishi Heavy Industries Ltd., Raytheon Aircraft Company, formerly Beech Aircraft Corporation and successor in interest to Mooney Air Craft,

Defendants - Appellees.

**ORDER**
Docket Number: 12-1288

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: July 2, 2012

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

CERTIFIED COPY ISSUED ON 07/02/2012

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

*Catherine O'Hagan Wolfe* [signature and seal]

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe* [signature and seal]