UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK (Foley Square)

CIVIL DOCKET NO.: 04-02849-JGK

|  |  |
|---|---|
| ALFREDA SMITH OVESEN | ) |
| Plaintiff, | ) |
| v. | ) |
| MITSUBISHI HEAVY INDUSTRIES OF AMERICA, INC. et al., | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS COUNSEL

TO THE HONORABLE COURT:

COMES NOW Plaintiff, and respectfully submits this motion to allow one of her attorneys, S. Fraser Reid, III, to withdraw as her counsel in the above matter. Pursuant to Local Civil Rule 1.4, Plaintiff is also filing a declaration by Mr. Reid in support of the motion to withdraw as counsel. Attorneys Paul H. Hulsey and Cherie K. Durand of the Hulsey Law Group, LLC, as well as Attorneys Todd E. Duffy and Dennis J. Nolan of Anderson, Kill and Olick, P.C., have previously entered appearances on behalf of Plaintiff and will continue to represent Plaintiff in this matter.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant Mr. Reid permission to withdraw as counsel.

Respectfully submitted this 30th day of July, 2012, in New York, New York, through electronic means.

1

2

        s/ Paul H. Hulsey
Paul H. Hulsey, Esq.
Cherie K. Durand, Esq.
HULSEY LAW GROUP, LLC
Charleston Harbor
2 Wharfside 3
Charleston, SC 29401
Telephone: (843) 723-5303
Facsimile: (843) 723-5307
 ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 30th day of July, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Marshall S. Turner, Esq.
John D. Horenstein, Esq.
Condon & Forsyth, LLP
18th Floor
7 Times Square
New York, NY 10036
mturner@condonlaw.com
jhorenstein@condonlaw.com
(212) 490-9100 (tel)
(212) 370-4453 (fax)

                                                                        s/Paul H. Hulsey
                                                                        Paul H. Hulsey, Esq.