## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK (Foley Square)

### CIVIL DOCKET NO.: 04-02849-JGK

| | |
|---|---|
| **ALFREDA SMITH OVESEN** | ) ) ) |
| **Plaintiff,** | ) ) ) |
| **v.** | ) ) ) ) |
| **MITSUBISHI HEAVY INDUSTRIES OF AMERICA, INC.  et al.,** | ) ) ) ) |
| **Defendants.** | ) ) |

### DECLARATION OF S. FRASER REID III

S. Fraser Reid III, being duly sworn, deposes and says:

1.      I have been practicing as an associate of the law firm Hulsey Law Group, LLC, and have appeared as an attorney for Plaintiff Alfreda Smith Ovesen in the above captioned matter.

2.      I make this declaration in support of a motion to withdraw as counsel.

3.      My family is in the process of moving to a new home out of the state, and as of today's date I will no longer be associated with the law firm Hulsey Law Group, LLC.

4.      Judgment has been entered against Plaintiff in the present case.  An appeal has been filed but was withdrawn by a stipulation of the parties without prejudice to reinstatement pending the outcome settlement discussions.

5.      I will not be asserting a retaining or charging lien in this matter.

5.      Attorneys Paul H. Hulsey and Cherie K. Durand of the Hulsey Law Group, LLC, as well as Attorneys Todd E. Duffy and Dennis J. Nolan of Anderson, Kill and Olick, P.C., have previously entered appearances on behalf of Plaintiff and will continue to represent Plaintiff in this matter.

I declare under the penalty of perjury that the foregoing is true and correct and that I executed this Declaration on July 27, 2012, in Charleston, South Carolina.

S. Fraser Reid III, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 30th day of July, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:


Marshall S. Turner, Esq.
John D. Horenstein, Esq.
Condon & Forsyth, LLP
18th Floor
7 Times Square
New York, NY 10036
mturner@condonlaw.com
jhorenstein@condonlaw.com
(212) 490-9100 (tel)
(212) 370-4453 (fax)


                                        s/Paul H. Hulsey
                                        Paul H. Hulsey, Esq.

1