| N.Y.S.D. Case # |
| --- |
| 04 -cv -2849(JGK) |

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of April, two thousand and thirteen.

---

Alfreda Smith Ovesen, as personal Representative of the Estate of Svend A. Ovesen, DBA Crucian International Inc.,

Plaintiff-Appellant,

v.

Mitsubishi Heavy Industries of America Inc., Mitsubishi Heavy Industries Ltd.,

Defendants-Appellees.

---

**DOCKETED AS A JUDGMENT** #13,0838 **ON** 4/29/13

STATEMENT OF COSTS
Docket No. 12-1288

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:  _____
DATE FILED: April 26, 2013
```

IT IS HEREBY ORDERED that costs are taxed in the amount of $220.14 in favor of the defendants-appellees.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

*[signature: Catherine O'Hagan Wolfe]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[signature: Catherine O'Hagan Wolfe]*

CERTIFIED COPY ISSUED ON 04/26/2013